UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **JEROME BARBOZA** | **No. LA CV 21-00291-VBF-KK** |
| Petitioner, | **JUDGMENT** |
| v. | |
| United States Department of Justice - Bureau of Prisons, | |
| Respondent. | |

It is adjudged that the action is dismissed without prejudice.

Dated: June 28, 2021

/s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK

Senior United States District Judge